# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-12903-AMC

WILLIAM R HARRIS, JR.

211 N. 59TH STREET

PHILADELPHIA, PA 19139-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

WILLIAM R HARRIS, JR.

211 N. 59TH STREET

PHILADELPHIA, PA 19139-

Counsel for debtor(s), by electronic notice only.

    CHRISTOPHER G. CASSIE
    230 S. BROAD ST., SUITE 1400

    PHILADELPHIA, PA 19102-

                                          /S/ William C. Miller

Date: 7/2/2019                                  _____

                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee