**#172561 - William Harris Jr.**  Voucher # (10641)  Pay Date: 04/12/2019  
Pay Period: 03/23/2019-04/05/2019

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Legal | | | | 45.00 |
| Reg | 23.91 | 75.00 | 1,793.25 | 14,203.50 |
| Longevity | | | 24.04 | 192.32 |
| **Gross Pay** | | | **1,817.29** | **14,440.82** |

### Deductions

| | Current | YTD |
|---|---|---|
| PPO Family | | 102.64 [1] |
| PPO Spouse/Part | 51.32 | 307.92 [1] |
| Vision EE+1 | 5.47 | 32.82 [1] |
| Vision Family | | 10.94 [1] |
| Plan Y | 65.06 | 497.91 |
| Dues | 23.00 | 184.00 |
| **Total** | **144.85** | **1,136.23** |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,695.44 | 13,488.59 | 159.07 | 1,263.56 |
| FICA | 1,760.50 | 13,986.50 | 109.15 | 867.16 |
| MEDI | 1,760.50 | 13,986.50 | 25.52 | 202.80 |
| SIT:PA | 1,760.50 | 13,986.50 | 54.05 | 429.40 |
| SUI:PA | 1,817.29 | 14,440.82 | 1.09 | 8.66 |
| CITY:Philadelph | 1,817.29 | 14,440.82 | 70.53 | 560.45 |
| **Total** | | | **419.41** | **3,332.03** |

### Net Pay

| | Current | YTD |
|---|---|---|
| **Net Pay** | **1,253.03** | **9,972.56** |
| Cash Paid | 0.00 | 45.00 |
| Checking (9036) | 1,253.03 | 9,927.56 |

### Company Paid Benefits [2]

| | Current | YTD |
|---|---|---|
| Plan Y | 197.29 | 1,562.85 |
| FICA | 109.15 | 867.16 |
| MEDI | 25.52 | 202.80 |
| SUTA:PA | | 386.61 |
| **Total** | **331.96** | **3,019.42** |

### Tax Allowance Settings

Federal: Single/1  
Pennsylvania: Allowances: 0

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage  
[2] For information purposes only. No effect on your net pay.

Philadelphia Housing Development Corporation 1234 Market Street, 17th Floor, Philadelphia, PA 19107    1 of 1

---

**Philadelphia Housing Development Corporation**  
1234 Market Street  
17th Floor  
Philadelphia, PA 19107

Pay Date: 04/12/2019  
Voucher #: (10641)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| William Harris Jr. | 1 | Checking | XX9036 | 236084298 | 1,253.03 |

172561  04/12/2019  (10641)

**William Harris Jr.**  
211 N. 59th Street  
Philadelphia, PA 19139

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

#172561 - William Harris Jr.　　　　　Voucher # (9575)　　　　　Pay Date: 03/01/2019
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Pay Period: 02/09/2019-02/22/2019

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Legal | | | | 30.00 |
| Reg | 23.91 | 75.00 | 1,793.25 | 8,823.75 |
| Longevity | | | 24.04 | 120.20 |
| **Gross Pay** | | | **1,817.29** | **8,973.95** |

### Deductions

| | Current | YTD | |
|---|---|---|---|
| PPO Family | | 102.64 | [1] |
| PPO Spouse/Part | 51.32 | 153.96 | [1] |
| Vision EE+1 | 5.47 | 16.41 | [1] |
| Vision Family | | 10.94 | [1] |
| Plan Y | 65.06 | 302.73 | |
| Dues | 23.00 | 115.00 | |
| **Total** | **144.85** | **701.68** | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,695.44 | 8,387.27 | 159.07 | 784.55 |
| FICA | 1,760.50 | 8,690.00 | 109.15 | 538.78 |
| MEDI | 1,760.50 | 8,690.00 | 25.53 | 126.01 |
| SIT:PA | 1,760.50 | 8,690.00 | 54.05 | 266.79 |
| SUI:PA | 1,817.29 | 8,973.95 | 1.09 | 5.38 |
| CITY:Philadelph | 1,817.29 | 8,973.95 | 70.53 | 348.28 |
| **Total** | | | **419.42** | **2,069.79** |

### Net Pay

| | Current | YTD |
|---|---|---|
| **Net Pay** | **1,253.02** | **6,202.48** |
| Cash Paid | 0.00 | 30.00 |
| Checking (9036) | 1,253.02 | 6,172.48 |

### Company Paid Benefits

| | Current | YTD |
|---|---|---|
| Plan Y | 197.29 | 970.98 |
| FICA | 109.15 | 538.78 |
| MEDI | 25.53 | 126.01 |
| SUTA:PA | 70.26 | 346.95 |
| **Total** | **402.23** | **1,982.72** |

[2]

### Tax Allowance Settings

Federal:　　Single/1
Pennsylvania:　　Allowances: 0

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[2] For Information purposes only. No effect on your net pay.

Philadelphia Housing Development Corporation 1234 Market Street, 17th Floor, Philadelphia, PA 19107　　　1 of 1

---

**Philadelphia Housing Development Corporation**
1234 Market Street
17th Floor
Philadelphia, PA 19107

| Pay Date: | 03/01/2019 |
|---|---|
| Voucher #: | (9575) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| William Harris Jr. | 1 | Checking | XX9036 | 236084298 | 1,253.02 |

172561  03/01/2019  (9575)

**William Harris Jr.**
211 N. 59th Street
Philadelphia, PA 19139

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

#172561 - William Harris Jr.  Voucher # (9821)  Pay Date: 03/15/2019  
Pay Period: 02/23/2019-03/08/2019

### Earnings

|  | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Legal |  |  | 15.00 | 45.00 |
| Reg | 23.91 | 75.00 | 1,793.25 | 10,617.00 |
| Longevity |  |  | 24.04 | 144.24 |
| **Gross Pay** |  |  | **1,832.29** | **10,806.24** |

### Deductions

|  | Current | YTD |
|---|---|---|
| PPO Family |  | 102.64 [1] |
| PPO Spouse/Part | 51.32 | 205.28 [1] |
| Vision EE+1 | 5.47 | 21.88 [1] |
| Vision Family |  | 10.94 [1] |
| Plan Y | 65.06 | 367.79 |
| Dues | 23.00 | 138.00 |
| **Total** | **144.85** | **846.53** |

### Taxes Withheld

|  | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,710.44 | 10,097.71 | 160.87 | 945.42 |
| FICA | 1,775.50 | 10,465.50 | 110.08 | 648.86 |
| MEDI | 1,775.50 | 10,465.50 | 25.74 | 151.75 |
| SIT:PA | 1,775.50 | 10,465.50 | 54.51 | 321.30 |
| SUI:PA | 1,832.29 | 10,806.24 | 1.10 | 6.48 |
| CITY:Philadelph | 1,832.29 | 10,806.24 | 71.11 | 419.39 |
| **Total** |  |  | **423.41** | **2,493.20** |

| **Net Pay** |  | **1,264.03** | **7,466.51** |
|---|---|---|---|
| Cash Paid |  | 15.00 | 45.00 |
| Checking (9036) |  | 1,249.03 | 7,421.51 |

### Company Paid Benefits

|  | Current | YTD |
|---|---|---|
| Plan Y | 197.29 | 1,168.27 |
| FICA | 110.08 | 648.86 |
| MEDI | 25.74 | 151.75 |
| SUTA:PA |  | 346.95 |
| **Total** | **333.11** | **2,315.83** [2] |

### Tax Allowance Settings

Federal:        Single/1  
Pennsylvania:   Allowances: 0

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage  
[2] For information purposes only. No effect on your net pay.

Philadelphia Housing Development Corporation 1234 Market Street, 17th Floor, Philadelphia, PA 19107           1 of 1

---

**Philadelphia Housing Development Corporation**  
1234 Market Street  
17th Floor  
Philadelphia, PA 19107

| Pay Date: | 03/15/2019 |
|---|---|
| Voucher #: | (9821) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| William Harris Jr. | 1 | Checking | XX9036 | 236084298 | 1,249.03 |

172561   03/15/2019   (9821)

**William Harris Jr.**  
211 N. 59th Street  
Philadelphia, PA 19139

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

**#172561 - William Harris Jr.**    Voucher # (10159)    Pay Date: 03/29/2019
Pay Period: 03/09/2019-03/22/2019

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Legal | | | | 45.00 |
| Reg | 23.91 | 75.00 | 1,793.25 | 12,410.25 |
| Longevity | | | 24.04 | 168.28 |
| **Gross Pay** | | | **1,817.29** | **12,623.53** |

### Deductions

| | Current | YTD |
|---|---|---|
| PPO Family | | 102.64 [1] |
| PPO Spouse/Part | 51.32 | 256.60 [1] |
| Vision EE+1 | 5.47 | 27.35 [1] |
| Vision Family | | 10.94 [1] |
| Plan Y | 65.06 | 432.85 |
| Dues | 23.00 | 161.00 |
| **Total** | **144.85** | **991.38** |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,695.44 | 11,793.15 | 159.07 | 1,104.49 |
| FICA | 1,760.50 | 12,226.00 | 109.15 | 758.01 |
| MEDI | 1,760.50 | 12,226.00 | 25.53 | 177.28 |
| SIT:PA | 1,760.50 | 12,226.00 | 54.05 | 375.35 |
| SUI:PA | 1,817.29 | 12,623.53 | 1.09 | 7.57 |
| CITY:Philadelph | 1,817.29 | 12,623.53 | 70.53 | 489.92 |
| **Total** | | | **419.42** | **2,912.62** |

| **Net Pay** | | **1,253.02** | **8,719.53** |
|---|---|---|---|
| Cash Paid | | 0.00 | 45.00 |
| Checking (9036) | | 1,253.02 | 8,674.53 |

### Company Paid Benefits

| | Current | YTD |
|---|---|---|
| Plan Y | 197.29 | 1,365.56 |
| FICA | 109.15 | 758.01 |
| MEDI | 25.53 | 177.28 |
| SUTA:PA | | 346.95 |
| **Total** | **331.97** | **2,647.80** | [2]

### Tax Allowance Settings

Federal:      Single/1
Pennsylvania:  Allowances: 0

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[2] For information purposes only. No effect on your net pay.

Philadelphia Housing Development Corporation 1234 Market Street, 17th Floor, Philadelphia, PA 19107    1 of 1

---

**Philadelphia Housing Development Corporation**
1234 Market Street
17th Floor
Philadelphia, PA 19107

| Pay Date: | 03/29/2019 |
|---|---|
| Voucher #: | (10159) |

**Deposited To The Account(s) Of**
William Harris Jr.

| Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|
| 1 | Checking | XX9036 | 236084298 | 1,253.02 |

172561   03/29/2019   (10159)

**William Harris Jr.**
211 N. 59th Street
Philadelphia, PA 19139

**NON-NEGOTIABLE - THIS IS NOT A CHECK**