**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  William R. Harris, Jr. | : | |
| | : | |
| | : | Case No.  19-12903-amc |
| | : | |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |

**CERTIFICATE OF SERVICE**

I, Kim Y. Brand, Bankruptcy Legal Assistant at Spear Wilderman, P.C., hereby certify that the **Debtor's Second Amended Chapter 13 Plan** was served on January 28, 2020, by First Class U.S. Mail to the follow parties on the attached service list:

/s/ Kim Y. Brand
Kim Y. Brand, Legal Assistant
SPEAR WILDERMAN, P.C.
Suite 1400, 230 S. Broad Street
Philadelphia, PA 19102
215-732-0101 (telephone)

## Service List

### William R. Harris, Jr. Case No. 19-12903-amc

Trustee:

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor:
William R. Harris, Jr.
211 N. 59th Street
Philadelphia, PA 19139

Creditors:
City of Philadelphia Dept. of Revenue
P.O. Box 41496
Philadelphia, PA 19176-1087

Credit Acceptance Corporation
P.O. Box 551888
Detroit, MI 48255-1888

Credit One Bank
P.O. Box 605000
City of Industry, CA 91716-0500

Credit One Bank, N.A.
P.O.Box 605000
City of Industry, CA 91716-0500

Huntingdon Valley Bank
3501 Masons Mill Road, Suite 401
Huntingdon Valley, PA 19006

IRS
Department of Treasury
P.O. Box 9052
Andover, MA 01810

KML Law Group, P.C.
Suite 5000,BNY
Mellon Independence Center
701 Market Street
Philadelphia, PA 19106

LVNV Funding, LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Meta/Money PWRLOC
5501 S. Broadband Lane
Sioux Falls, SD 57108

PECO
P.O. Box 13439
Philadelphia, PA 19101

Pennsylvania Housing Finance Agency
211 North Front Street/PO Box 15057
Harrisburg, PA 17105-5057

Philadelphia Gas Works
1800 N. 9th Street
Philadelphia, PA 19122

Toyota Financial Services
P.O. Box 5855
Carol Stream, IL 60197

United Acceptance, Inc.
2400 Lake Park Drive SE, Suite 100
Smyrna, GA 30080

Westlake Financial Services
P.O. Box 76809
Los Angeles, CA 90054-0809

Water Revenue Bureau
c/o City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595