# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE:<br>William R. Harris, Jr.<br><br>　　　　　Debtor | Chapter 13<br><br>Case No. 19-12903-mdc |

## DEBTOR'S RESPONSE TO MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Debtor-Respondent, William R. Harris, Jr., (hereafter "Debtor") responds to the Motion of U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency, Pursuant to a Trust Indenture Dated as of April 1, 1982) for Relief from the Automatic Stay, as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Denied. The Debtor proposes to cure the arrears by having his attorney holding certified funds in the amount of $2,000.00 by the hearing date. He proposes to cure the remaining arrears over the next six months.

10. Admitted.

11. Admitted.

WHEREFORE, Debtor respectfully request an Order denying Nissan's Motion.

Dated: June 15, 2021		BY:	/s/ Christopher G. Cassie, Esq.
					CHRISTOPHER G. CASSIE, ESQUIRE
					SPEAR WILDERMAN, P.C.
					1040 North Kings Highway
					Suite 202
					Cherry Hill, NJ 08034
					856-320-3253 (tel)
					856-320-3253 (fax)
					ccassie@spearwilderman.com
					Attorney for Debtor