## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNYSLVANIA

**In Re:**

**WILLIAM R. HARRIS, JR.**

        **Chapter 13**

**Debtor**        **Case No. 19-12903**

## WITHDRAW AND ENTRY OF APPEARANCE

To the Clerk:

    Kindly withdraw my appearance on behalf of Darrel Chapman in the above referenced Chapter 13 case.

        BY: /s/ Christopher G. Cassie
        CHRISTOPHER G. CASSIE, ESQUIRE
        SPEAR WILDERMAN, P.C.
        230 S. Broad Street, Ste. 1400
        Philadelphia, PA  19102
        (215) 732-0101
        (215) 732-7790
        ccassie@spearwilderman.com

    Kindly enter my appearance on behalf of Darrel Chapman in the above referenced Chapter 13 case.

        BY:/s/ Vladislav Kachka
        VLADISLAV KACHKA
        SPEAR WILDERMAN, P.C.
        230 S. Broad Street, Ste. 1400
        Philadelphia, PA  19102
        (215) 732-0101
        (215) 732-7790
        vkachka@spearwilderman. com