**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNYSLVANIA**

**In Re:**

**WILLIAM R. HARRIS, JR.**

                **Chapter 13**

**Debtor**                      **Case No. 19-12903**

---

**WITHDRAW AND ENTRY OF APPEARANCE**

To the Clerk:

    Kindly withdraw my appearance on behalf of William R. Harris, Jr. in the above referenced Chapter 13 case.

                      BY: /s/ Christopher G. Cassie
                          CHRISTOPHER G. CASSIE, ESQUIRE
                          SPEAR WILDERMAN, P.C.
                          230 S. Broad Street, Ste. 1400
                          Philadelphia, PA 19102
                          (215) 732-0101
                          (215) 732-7790
                          ccassie@spearwilderman.com

    Kindly enter my appearance on behalf of William R. Harris, Jr. in the above referenced Chapter 13 case.

                      BY:/s/ Vladislav Kachka
                          VLADISLAV KACHKA
                          SPEAR WILDERMAN, P.C.
                          230 S. Broad Street, Ste. 1400
                          Philadelphia, PA 19102
                          (215) 732-0101
                          (215) 732-7790
                          vkachka@spearwilderman. com