**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNYSLVANIA**

In Re:

**WILLIAM R. HARRIS, JR.**

|  |  |
|---|---|
| | **Chapter 13** |
| **Debtor** | **Case No. 19-12903** |

---

**WITHDRAW AND ENTRY OF APPEARANCE**

To the Clerk:

      Kindly withdraw my appearance on behalf of William R. Harris, Jr. in the above referenced Chapter 13 case.

> BY: /s/  Vladislav Kachka
> VLADISLAV KACHKA, ESQUIRE
> SPEAR WILDERMAN, P.C.
> 230 S. Broad Street, Ste. 1400
> Philadelphia, PA  19102
> (215) 732-0101
> (215) 732-7790
> vkachka@spearwilderman.com

      Kindly enter my appearance on behalf of William R. Harris, Jr. in the above referenced Chapter 13 case.

> BY:/s/ Ashley M. Sullivan
> ASHLEY M. SULLIVAN, ESQUIRE
> SPEAR WILDERMAN, P.C.
> 230 S. Broad Street, Ste. 1400
> Philadelphia, PA  19102
> (215) 732-0101
> (215) 732-7790
> asullivan@spearwilderman. com