**IN THE UNITED STATES BANKRUPTY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

                          Chapter 13

WILLIAM R. HARIS, JR.

Debtor                                     Case No.:  19-12903

**CERTIFICATE OF SERVICE**

I, ASHLEY M. SULLIVAN, Attorney for Debtor, hereby certify that on the     day of January, 2022, I did serve a copy of the Motion to Modify Chapter 13 Plan under §1329(d) CARES Act on the following individuals via regular mail and  electronic notice

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street-Suite 1813
Philadelphia, PA  19107

Credit Acceptance
Attn:  Alicia Ford
25505 West Twelve Mile Road
Suite 3000
Southfield, MI  48034

Cavalry SPVILLC
Attn:  Cheryl Guziczek
500 Summit Lake Drive, Ste. 400
Valhalla, NY  10595

LVNV Funding, LLC
Attn:  David Lamb and DeAnna J. Gambrell
Resurgent Capital Service
P.O. Box 10587
Greenville, SC  29603-0587

Westlake Financial Services
Attn:   Sally Beltran
4751 Wilshire Blvd, Ste. 100
Los Angeles, CA  90010

IRS
Attn:  John F. Lindinger
P.O. Box 7346
Philadelphia, PA  19101-7346

Toyota Motor Credit Corporation
Attn:  Shraddha Bharatia
C/)Becket and Lee LLP
P.O. Box 3001
Malvern, PA  19355-0701

US Bank National Association
211 North Front Street
Harrisburg, PA  17101

Midland Funding, LLC
Attn:  Michael Paul Lombardo
P.O. Box 2037
Warren, MI  48090

Water Revenue Bureau
c/o Pamela Elchert Thurmond
Tax and Revenue Unit
Bankruptcy Group MSB
1401 JFK Blvd, 5th Floor
Philadelphia, PA  19102-1595

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Ste. 5000
Philadelphia, PA  19106-1532

Date: January 21, 2022

        BY:/s/ Ashley M. Sullivan
          ASHLEY M. SULLIVAN, EQUIRE
          SPEAR WILDERMAN, P.C.
          230 S. Broad Street, 14th Floor
          Philadelphia, PA  19102
          (215) 732-0101
          (215) 7342-7790 (fax)
          asullivan@spearwilderman.com
          Attorney for Debtor