**IN THE UNITED STATES BANKRUPTY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

                Chapter 13

WILLIAM R. HARIS, JR.

Debtor                 Case No.:  19-12903

**CERTIFICATIION OF NO RESPONSE**

I, ASHLEY M. SULLIVAN, Attorney for Debtor, hereby certify that as of the 15th day of February, 2022, I have not received any response of objection for the Motion to Modify Chapter 13 Plan under §1329(d) CARES Act, filed on behalf of the Debtor on January 21, 2022.

Date: February 15, 2022

        BY:/s/ Ashley M. Sullivan
          ASHLEY M. SULLIVAN, EQUIRE
          SPEAR WILDERMAN, P.C.
          230 S. Broad Street, 14th Floor
          Philadelphia, PA  19102
          (215) 732-0101
          (215) 7342-7790 (fax)
          asullivan@spearwilderman.com
          Attorney for Debtor