**IN THE UNITED STATES BANKRUPTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

          Chapter 13

WILLIAM R. HARIS, JR.

Debtor          Case No.:  19-12903

**CERTIFICATIION OF NO RESPONSE**

I, ASHLEY M. SULLIVAN, Attorney for Debtor, hereby certify that as of the 21st day of April, 2022, I have not received any response of objection for the Motion to Modify Chapter 13 Plan under §1329(d) CARES Act, filed on behalf of the Debtor on January 21, 2022.

Date: April 21, 2022

         BY:/s/ Ashley M. Sullivan
           ASHLEY M. SULLIVAN, EQUIRE
           SPEAR WILDERMAN, P.C.
           230 S. Broad Street, 14th Floor
           Philadelphia, PA  19102
           (215) 732-0101
           (215) 7342-7790 (fax)
           asullivan@spearwilderman.com
           Attorney for Debtor