# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNYSLVANIA

**In Re:**

**WILLIAM R. HARRIS, Jr.**

                                                      **Chapter 13**

**Debtor(s)**                                    **Case No. 19-12903-mdc**

_____

## **WITHDRAW OF APPEARANCE**

To the Clerk:

Kindly withdraw my appearance on behalf of William R. Harris, Jr. in the above referenced Chapter 13 case.

                                                    DISTRICT COUNCIL 33 LEGAL SERVICES PLAN

Date: 5/20/2022                          BY: /s/ Henry A. Jefferson, Esquire

                                                        3001 Walnut Street, 10th Floor
                                                        Philadelphia, PA  19104

                                                        215-349-9405
                                                        HJefferson@DC33LSP.org