# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-12903-MDC

WILLIAM R HARRIS, JR.

211 N. 59TH STREET

PHILADELPHIA, PA 19139-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

WILLIAM R HARRIS, JR.

211 N. 59TH STREET

PHILADELPHIA, PA 19139-

Counsel for debtor(s), by electronic notice only.

    ASHLEY M. SULLIVAN, ESQUIRE
    SPEAR WILDERMAN, P.C.
    230 S. BROAD STREET, STE 1400
    PHILADELPHIA, PA 19102-

Date: 7/26/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee