# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: WILLIAM R. HARRIS, JR.    : CHAPTER 13

Debtor    : NO. 19-12903-mdc

## **ORDER**

**AND NOW,** this _____ day of _____ 2022, this matter having been brought before the Court upon Debtor's MOTION TO MODIFY CHAPTER 13 PLAN, and a hearing having been held and for good cause shown, it is hereby ORDERED and DECREED that Debtor's Motion is granted, and Debtor's payments shall be $1,573.00 per month for 23 months, beginning August, 2022

                        MAGDELINE D. COLEMAN
                        United States Bankruptcy Judge