**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNYSLVANIA**

**In Re:**

**WILLIAM HARRIS**

                              **Chapter 13**

**Debtor**                         **Case No. 19-12903**

---

**WITHDRAW AND ENTRY OF APPEARANCE**

To the Clerk:

      Kindly withdraw my appearance on behalf of William Harris in the above referenced Chapter 13 case.

                              BY: /s/ Vladislav Kachka
                                 VLADISLAV KACHKA, ESQUIRE
                                 SPEAR WILDERMAN, P.C.
                                 230 S. Broad Street, Ste. 1400
                                 Philadelphia, PA  19102
                                 (215) 732-0101
                                 (215) 732-7790
                                 vkachka@spearwilderman.com

      Kindly enter my appearance on behalf of William Harris in the above referenced Chapter 13 case.

                              BY:/s/ Akeem J. Parsons
                                 AKEEM J. PARSONS, ESQUIRE
                                 SPEAR WILDERMAN, P.C.
                                 230 S. Broad Street, Ste. 1400
                                 Philadelphia, PA  19102
                                 (215) 732-0101
                                 (215) 732-7790
                                 aparsons@spearwilderman. com