**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: William R. Harris, Jr. aka William R. Harris aka William Harris<br><br>                      Debtor(s) | Chapter 13 |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)<br>                      v.<br>William R. Harris, Jr. aka William R. Harris aka William Harris<br>                      and<br>Kenneth E. West Esq<br>                      Trustee | NO. 19-12903 MDC |

## **ORDER**

AND NOW, this 8th day of December 2022, upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on July 26, 2021 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982) and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 211 North 59th Street Philadelphia, PA 19139.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc: See attached service list

William R. Harris, Jr. aka William R. Harris aka William Harris
211 N. 59th Street
Philadelphia, PA 19139

Vladislav Kachka
230 S. Broad Street
Ste 1400
Philadelphia, PA 19120

Kenneth E. West Esq
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532