**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br>WILLIAM R HARRIS, JR. | **Chapter 13** |
| **Debtor** | **Bankruptcy No.** 19-12903-MDC |

# **O R D E R**

**AND NOW**, this 7th day of March, 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

*Magdeline D. Coleman*

Honorable Magdeline D. Coleman
Chief Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
SPEAR WILDERMAN, P.C.
230 SOUTH BROAD STREET
STE # 1400
PHILADELPHIA,, PA 19102-

Debtor:
WILLIAM R HARRIS, JR.

211 N. 59TH STREET

PHILADELPHIA, PA 19139-