United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Case No. 19-12903-mdc

William R. Harris, Jr.

Chapter 13

　　Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 10, 2023 | Form ID: pdf900 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William R. Harris, Jr., 211 N. 59th Street, Philadelphia, PA 19139-1217 |
| aty | + | VLADISLAV KACHKA, 230 S. Broad Street, Ste 1400, Philadelphia, PA 19102-4104 |
| 14327695 | | Credit One Bank, P.O. Box 605000, City of Industry, CA 91716-0500 |
| 14327696 | | Credit One Bank, N.A., P.O. box 605000, City of Industry, CA 91716-0500 |
| 14327701 | + | Meta/MoneyPWRLOC, 5501 S. Broadband Lane, Sioux Falls, SD 57108-2253 |
| 14319865 | + | Philadelphia Gas Works, 1800 N. 9th Street, Philadelphia, PA 19122-2099 |
| 14352326 | + | U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14351905 | + | US BANK NATL ASSOCIATION, PA HOUSING FINANCE, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 11 2023 00:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 11 2023 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14385231 | | Email/Text: megan.harper@phila.gov | Mar 11 2023 00:01:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14321703 | + | Email/Text: bankruptcy@cavps.com | Mar 11 2023 00:01:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14319859 | + | Email/Text: megan.harper@phila.gov | Mar 11 2023 00:01:00 | City of Philadelphia Dept. of Revenue, P.O. Box 41496, Philadelphia, PA 19101-1496 |
| 14320978 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 11 2023 00:01:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14319860 | | Email/Text: ebnnotifications@creditacceptance.com | Mar 11 2023 00:01:00 | Credit Acceptance Corporation, P.O. Box 551888, Detroit, MI 48255-1888 |
| 14343115 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 11 2023 00:01:00 | Department of Treasury, P.O. Box 9052, Andover, MA 01810 |
| 14319862 | ^ | MEBN | Mar 10 2023 23:59:14 | KML Law Group, P.C., Suite 5000,BNY, Mellon Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14323504 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

District/off: 0313-2                                        User: admin                                        Page 2 of 3

Date Rcvd: Mar 10, 2023                                     Form ID: pdf900                                   Total Noticed: 27

| | | Mar 11 2023 00:10:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
|---|---|---|---|
| 14327700 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2023 00:11:00 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14356541 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 11 2023 00:01:00 | Midland Funding LLC, PO Box 2037, Warren, MI 48090-2037 |
| 14319863 | + Email/Text: bankruptcygroup@peco-energy.com | Mar 11 2023 00:01:00 | PECO, P.O. Box 13439, Philadelphia, PA 19101-3439 |
| 14319864 | Email/Text: blegal@phfa.org | Mar 11 2023 00:01:00 | Pennsylvania Housing Finance Agency, 211 North Front Street/PO Box 15057, Harrisburg, PA 17105-5057 |
| 14319866 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 11 2023 00:01:00 | Toyota Financial Services, P.O. Box 5855, Carol Stream, IL 60197 |
| 14342557 | Email/PDF: bncnotices@becket-lee.com | Mar 11 2023 00:10:58 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14319867 | + Email/Text: bankruptcy@unitedacceptance.com | Mar 11 2023 00:01:00 | United Acceptance, Inc., 2400 Lake Park Drive SE, Suite 100, Smyrna, GA 30080-8993 |
| 14341282 | + Email/Text: bankruptcynotice@westlakefinancial.com | Mar 11 2023 00:01:00 | WESTLAKE FINANCIAL SERVICES, 4751 WILSHIRE BLVD, SUITE 100, LOS ANGELES CA 90010-3847 |
| 14319868 | + Email/Text: bankruptcynotice@westlakefinancial.com | Mar 11 2023 00:01:00 | Westlake Financial Services, P.O. Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14327693 | *+ | City of Philadelphia Dept. of Revenue, P.O. Box 41496, Philadelphia, PA 19101-1496 |
| 14327694 | * | Credit Acceptance Corporation, P.O. Box 551888, Detroit, MI 48255-1888 |
| 14327698 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, Department of Treasury, P.O. Box 9052, Andover, MA 01810 |
| 14327790 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, Department of Treasury, PO Box 9052, Andover, MA 01810 |
| 14319861 | * | IRS, PO Box 7346, Phila., PA 19101-7346 |
| 14327699 | *+ | KML Law Group, P.C., Suite 5000,BNY, Mellon Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14327702 | *+ | PECO, P.O. Box 13439, Philadelphia, PA 19101-3439 |
| 14327703 | * | Pennsylvania Housing Finance Agency, 211 North Front Street/PO Box 15057, Harrisburg, PA 17105-5057 |
| 14327704 | *+ | Philadelphia Gas Works, 1800 N. 9th Street, Philadelphia, PA 19122-2099 |
| 14327705 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, P.O. Box 5855, Carol Stream, IL 60197 |
| 14327791 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197 |
| 14327706 | *+ | United Acceptance, Inc., 2400 Lake Park Drive SE, Suite 100, Smyrna, GA 30080-8993 |
| 14327707 | *+ | Westlake Financial Services, P.O. Box 76809, Los Angeles, CA 90076-0809 |
| 14327697 | ##+ | Huntingdon Valley Bank, 3501 Masons Mill Road, Suite 401, Huntingdon Valley, PA 19006-3517 |

TOTAL: 0 Undeliverable, 13 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| AKEEM J. PARSONS | on behalf of Debtor William R. Harris  Jr. akeemparsonsesq@gmail.com, aparsons@spearwilderman.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et Al... bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et Al... bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et Al... bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et Al... lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        Chapter 13
WILLIAM R HARRIS, JR.

            Debtor                  Bankruptcy No. 19-12903-MDC

# O R D E R

**AND NOW**, this 7th day of March, 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_Magdeline D. Colen_
            Honorable Magdeline D. Coleman
            Chief Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837 Philadelphia,
PA  19107

Debtor's Attorney:
SPEAR WILDERMAN, P.C.
230 SOUTH BROAD
STREET STE # 1400
PHILADELPHIA,, PA
19102-

Debtor:
WILLIAM R HARRIS, JR.

211 N. 59TH STREET

PHILADELPHIA, PA 19139-